UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

JERRY SLAUGHTER,

                    Plaintiff(s), In Pro Se

          v.

POLICE OFFICER COLIN MAHAR,

                    Defendant(s).
_____

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

MAR 0 6 2019

AT _____ O'CLOCK
John M. Domurad, Clerk  Syracuse

**COMPLAINT**
(Pro Se Prisoner)

Case No. 5:19-cv-305
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☒ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore **not** contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.     **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II.  **PLAINTIFF(S) INFORMATION**

Name:  JERRY SLAUGHTER

Prisoner ID #:  18B2881

Place of detention:  GOUVERNEUR CORRECTIONAL FACILITY

Address:  P.O. Box 480
GOUVERNEUR, N.Y. 13642-0370

Indicate your confinement status when the alleged wrongdoing occurred:

☐ Pretrial detainee
☐ Civilly committed detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

NONE

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III.  **DEFENDANT(S) INFORMATION**

Defendant No. 1:  COLIN MAHAR
Name (Last, First)

POLICE OFFICER - SYRACUSE P.D.
Job Title

511 SOUTH STATE STREET
Work Address

SYRACUSE          N.Y.          13202
City                      State                  Zip Code

Defendant No. 2:  _____
Name (Last, First)

_____
Job Title

2

Work Address

_____
City                          State                    Zip Code

Defendant No. 3:    _____
Name (Last, First)

_____
Job Title

_____
Work Address

_____
City                          State                    Zip Code

Defendant No. 4:    _____
Name (Last, First)

_____
Job Title

_____
Work Address

_____
City                          State                    Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

On September 1, 2017, Defendant Mahar, a Police Officer assigned to the City of Syracuse Police Department, did knowingly violate lawful procedure thereby causing a false identification leading to a false arrest of the Plaintiff, causing Plaintiff to suffer a state of incarceration lasting several months. Defendant knowingly tampered with a witness during the course of an investigation thereby violating Plaintiff's right to be free from false arrest; false incarceration; defamation of character; loss of liberty; and, causing mental anguish, pain and suffering in the course of violations of Plaintiff's constitutional rights as a citizen of the United States of America.

## V.   STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Plaintiff suffered Defamation of character Based upon Defendant's Knowing violation of Lawful Procedure.

### SECOND CLAIM

Plaintiff suffered false Identification and false Arrest Based upon Defendant's violation in tampering with a witness.

### THIRD CLAIM

Defendant did Knowingly and willingly violate lawful procedures using Official misconduct in witness tampering causing loss of Liberty.

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

PLAINTIFF SEEKS DAMAGES IN THE AMOUNT of $2,500,000.00 (2.5 Million)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2.28.19

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5