# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jerry Slaughter**
        Plaintiff(s)
  vs.                                            CASE NUMBER: 5:19-cv-305 (TWD)

**Colin Mahar**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Defendant's motion for summary judgment (Dkt. No. 72) is GRANTED, that Plaintiff's complaint (Dkt. No. 1) is DISMISSED in its ENTIRETY.

All of the above pursuant to the order of the Honorable Therese Wiley Dancks, dated the 1st day of June, 2021.

DATED: June 2, 2021

*John Domurad*
Clerk of Court

                                                           s/Kathy Rogers
                                                           Deputy Clerk